J. David Bournazian CA SBN 186194
bournaziand@gtlaw.com
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Tele: 949.732.6500 Fax: 949.732.6501

Attorney for Defendants
WAL-MART STORES, INC. and WAL-MART REAL ESTATE BUSINESS TRUST

Daniel Malakauskas CA SBN 265903
daniel@malakauskas.com
THE MALAKAUSKAS LAW FIRM
7345 South Durango Dr., Ste. B-107-240
Las Vegas, NV 89113
Tele: 866.790.2242 Fax: 888.802.2440

Attorney for Plaintiff
AURORA CERVANTES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. as an entity and doing business as "Walmart", WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Business Trust, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | CASE NO. 1:17-cv-01714-LJO-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO BRIEFLY CONTINUE DEADLINE FOR DISMISSAL AND CONCLUSION OF ACTION FOR TEN DAYS TO JANUARY 10, 2019**<br><br>Judge: The Hon. Lawrence J. O'Neill<br><br>Magistrate: The Hon. Barbara A. McAuliffe |

1  PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE
2  APPEARING, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 160, the parties shall file appropriate papers to dismiss or conclude this action in its entirety by **no later than January 10, 2019**; and,
2. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated: **January 2, 2019**       /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE

OC 287909933v1

1                                                                    ORDER
                                                CASE NO. 1:17-cv-01714-LJO-BAM